146 So. 921
**Wilse, alias Wiltz, alias Wilks, JACKSON v. STATE.**
8 Div. 638.

Court of Appeals of Alabama.
Feb. 28, 1933.

BRICKEN, Presiding Judge.
Affirmed.

149 So. 926
**Floyd JACOBS v. STATE.**
8 Div. 588.

Court of Appeals of Alabama.
March 28, 1933.

Rehearing denied April 18, 1933.

Wall & Wall, of Athens, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.

Defendant was convicted on a charge of violating the prohibition law. The cause was tried without error. The testimony, which was in conflict, made a case for the jury. There is no reason to disturb the finding, and the judgment is affirmed.

Affirmed.

148 So. 920
**Cleveland JARNIGAN v. STATE.**
8 Div. 842.

Court of Appeals of Alabama.
May 23, 1933.

BRICKEN, Presiding Judge.
Affirmed.

139 So. 918
**George JENNINGS v. STATE.**
8 Div. 476.

Court of Appeals of Alabama.
Feb. 2, 1932.

BRICKEN, P. J.
Appeal dismissed.

145 So. 920
**Odis JENNINGS v. STATE.**
6 Div. 149.

Court of Appeals of Alabama.
Jan. 17, 1933.

SAMFORD, J.
Affirmed.

145 So. 920
**Melvin JERDINE v. STATE.**
6 Div. 323.

Court of Appeals of Alabama.
Jan. 10, 1933.

RICE, J.
Affirmed.

139 So. 918
**Hewett, alias Hewitt, JETT v. STATE.**
8 Div. 380.

Court of Appeals of Alabama.
Feb. 2, 1932.

RICE, J.
Appeal dismissed.

146 So. 921
**Audway JOHNSON v. STATE.**
8 Div. 583.

Court of Appeals of Alabama.
Feb. 14, 1933.

BRICKEN, Presiding Judge.
Affirmed.

150 So. 924
**Julius JOHNSON v. STATE.**
4 Div. 996.

Court of Appeals of Alabama.
Nov. 14, 1933.

SAMFORD, Judge.
Affirmed.